UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
KNOXVILLE DIVISION

RHONDA ASHER,

    Plaintiff,

CASE NO: 3:20-CV-14-CLC

vs.

C & C OF SEVIER, INC.

    Defendant.

_____/

    The Plaintiff, Rhonda Asher, and Defendant, C & C of Sevier Inc., by and through the undersigned counsel, hereby file with the Court this Joint Stipulation of Dismissal With Prejudice. The parties request that this Court retain jurisdiction for purposes of enforcing the settlement agreement entered into between the parties. Except as set forth in the settlement agreement, all parties shall bear their own attorneys' fees and costs.

    Respectfully submitted this the 23rd day of September, 2020.

*s/ Edward I. Zwilling*

Edward I. Zwilling, Esq.
Law Office of Edward I. Zwilling, LLC 4000 Eagle Point Corporate Dr.
Birmingham, Alabama, 35242
Telephone: (205) 822-2701
Email: edwardzwilling@zwillinglaw.com
*ATTORNEY FOR PLAINTIFF*

*s/Edward H. Trent*

Edward H. Trent, Esq.
Wimberly Lawson Wring Daves
    & Jones, PLLC
550 Main Street, Ste. 900
Knoxville, TN 37902
Telephone: (865) 546-1000
Email: etrent@wimberlylawson.com
*ATTORNEY FOR DEFENDANT*